UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIE PAUL BEVERLY                                    CIVIL ACTION

VERSUS                                                 NO. 08-3839

WARDEN ROBERT TAPPIN, SR., ET AL.                      SECTION "I"(4)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Willie Paul Beverly is hereby **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this   30th   day of July, 2008.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE